**No. 10-1251. Randy Lee, aka Jimmy Lee, Petitioner v. United States.**

563 U.S. 990, 131 S. Ct. 2471, 179 L. Ed. 2d 1214, 2011 U.S. LEXIS 3814.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 401 Fed. Appx. 336.

**No. 10-1253. Eugene H. Mathison, Petitioner v. United States.**

563 U.S. 990, 131 S. Ct. 2472, 179 L. Ed. 2d 1214, 2011 U.S. LEXIS 3632.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 10-1268. James Oliver Reese, Petitioner v. United States.**

563 U.S. 990, 131 S. Ct. 2476, 179 L. Ed. 2d 1214, 2011 U.S. LEXIS 3768.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 627 F.3d 792.

**No. 10-7867. Jaymin A. Winn, Petitioner v. Edwin G. Buss, Secretary, Florida Department of Corrections, et al.**

563 U.S. 990, 131 S. Ct. 2480, 179 L. Ed. 2d 1214, 2011 U.S. LEXIS 3745, ■

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-7883. Helder Barbosa, Petitioner v. Massachusetts.**

563 U.S. 990, 131 S. Ct. 2441, 179 L. Ed. 2d 1214, 2011 U.S. LEXIS 3702.

May 16, 2011. Petition for writ of certiorari to the Supreme Judicial Court of Massachusetts denied.

Same case below, 457 Mass. 773, 933 N.E.2d 93.

**No. 10-7906. Donald Ray Bailey, Jr., Petitioner v. Virginia.**

563 U.S. 990, 131 S. Ct. 2442, 179 L. Ed. 2d 1214, 2011 U.S. LEXIS 3737.

May 16, 2011. Petition for writ of certiorari to the Supreme Court of Virginia denied.

**No. 10-7990. Andrew Quinton Hernandez, Petitioner v. California.**

563 U.S. 991, 131 S. Ct. 2442, 179 L. Ed. 2d 1214, 2011 U.S. LEXIS 3663.

May 16, 2011. Petition for writ of certiorari to the Court of Appeal of California, Fifth Appellate District, denied.

**No. 10-8003. Gene E. Aviles, Petitioner v. Angel Medina, Warden, et al.**

563 U.S. 991, 131 S. Ct. 2442, 179 L. Ed. 2d 1214, 2011 U.S. LEXIS 3652.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 389 Fed. Appx. 853.